UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                             :

JUAN ROMAN,

                                    Plaintiff,

                             21-CV-5548 (VSB)

               -against-

                             **ORDER**

CENTURY MEDICAL AND DENTAL
CENTER, INC.,

                                Defendant.
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        The post-discovery conference in this matter scheduled for February 25, 2022 is CANCELLED and RESCHEDULED for March 4, 2022 at 4 p.m.  The post-discovery conference will be held telephonically.  The parties shall use the dial-in 888-363-4749 and the access code 2682448.  Members of the public may observe by using the same dial-in as long as they keep their lines muted.

Dated:    February 9, 2022
             New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge