UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JUAN ROMAN,                                                :
:
                       Plaintiff,                  :
:       21-CV-5548 (VSB)
        -against-                                        :
:       **ORDER**
:
CENTURY MEDICAL AND DENTAL           :
CENTER, INC.,                                                :
:
                      Defendant.     :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case have reached a settlement agreement and that the parties wish for a dismissal with prejudice with the right to reopen within 45 days. (Doc. 14.) Accordingly, it is hereby:

      ORDERED that the above-captioned action is dismissed with prejudice, without costs to any party, and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within 45 days. The conference scheduled for March 4, 2022 at 4 p.m. is thus CANCELLED.

SO ORDERED.

Dated:  March 4, 2022
          New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge